## MULLEN v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 56, September Term, 1964.]

*Decided November 16, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

This application for leave to appeal from an order finding the applicant to be a defective delinquent must be dismissed for failure to comply with Maryland Rule 894 a 2(a). *Murel v. Director,* 231 Md. 661, and cases cited.

*Application denied.*